FILED
August 26, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LUIS EDUARDO SANCHEZ, ) <br> ) <br> Defendant. ) | Case No. 2:10-mj-255 KJM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Luis Eduardo Sanchez</u>; Case <u>2:10-mj-255 KJM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __  Release on Personal Recognizance

      __  Bail Posted in the Sum of _____

      X̶  Unsecured bond in the amount of $100,000

      __  Appearance Bond with 10% Deposit

      __  Appearance Bond secured by Real Property

      __  Corporate Surety Bail Bond

      X   (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>8/26/2010</u> at <u>2:40 p.m.</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge